**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

|  |  |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | Case No.: 2:20-cr-00079-GMN-NJK |
| vs. ) | |
| ) | **ORDER** |
| URIEL OMAR GERMAN-HERMOSILLO, ) | |
| ) | |
| Defendant. ) | |
| ) | |

The Court finds that the felony plea and sentencing of Defendant Uriel Omar German-Hermosillo "cannot be conducted in person without seriously jeopardizing public health and safety." *See* CARES Act, Pub. L. 116-136, 134 Stat. 281, § 15002(b)(2)(A)(5). The Court further finds that this matter "cannot be further delayed without serious harm to the interests of justice," *see id.*, because the parties are jointly recommending that Defendant be sentenced to time served.

**IT IS SO ORDERED.**

**DATED** this __1__ day of July, 2020.

_____
Gloria M. Navarro, District Judge
United States District Court